THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS POTASH, Appellant.

Argued June 5, 1940; decided July 24, 1940.

*LeRoy Mandle* and *Maurice Wahl* for appellant.

*Thomas E. Dewey, District Attorney (Charles W. Manning* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.